IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-275-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DANNY MARCUS COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion *in limine*. (DE #19.) The government responded in opposition, and through memorandum and recommendation ("M&R") filed February 5, 2009, United States Magistrate Judge William A. Webb recommends that defendant's motion be denied. (DE #26.) Defendant objected to the M&R, and the issues raised are ripe for ruling.

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has given *de novo* consideration to the findings and legal conclusions of the magistrate judge, and finds them, in all respects, to be in accordance with the relevant law and supported by the facts of this case. Accordingly, the court hereby ADOPTS the M&R of the magistrate judge as its own, and, for the reasons stated therein, defendant's motion *in limine* is DENIED.

SO ORDERED, this the 30th day of April, 2009.

_____
LOUISE W. FLANAGAN
Chief United States District Judge